(No. 5803–

BURLINGTON NORTHERN, INC., Claimant, vs. STATE OF Illinois, DIVISION OF WATERWAYS, Respondent.

*Opinion filed April 12, 1972.*

T. G. SCHUSTER, J. L. PILON AND P. M. LEE, and BARRY N. GUTTERMAN, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.